Case 1:06-cr-00371-AWI   Document 12   Filed 01/29/07   Page 1 of 2

McGREGOR W. SCOTT
United States Attorney
SHERRILL A. CARVALHO
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. F. 06-00371 AWI |
| | ) |
| Plaintiff, | ) ORDER REGARDING PARTIES' |
| | ) STIPULATION AND REQUEST |
| | ) FOR CONTINUANCE OF STATUS |
| v. | ) CONFERENCE |
| | ) |
| JOHN AIRHEART, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

On January 24, 2007, the parties lodged a stipulation to continue the status conference currently scheduled for January 29, 2007 at 9:00 a.m. to March 12, 2007, at 9:00 a.m.  Upon due consideration of the written stipulation of the parties and the record herein, the Court issues the following order:

The parties' stipulation and request to continue the status conference until March 12, 2007 at 9:00 a.m. is granted. Further, the delay resulting from the continuance shall be excluded in the interests of justice herein to allow reasonable time for effective defense preparation, plea negotiations, and the filing of motions, pursuant to 18 U.S.C. §§3161(h)(8)(A) and

1  3161(h)(8)((B)(iv).

3  IT IS SO ORDERED.

4  **Dated:     January 26, 2007**           **/s/ Anthony W. Ishii**
   0m8i78                                    UNITED STATES DISTRICT JUDGE