1

2

**KAPETAN BROTHERS**
3  1236 "M" Street
   Fresno, CA  93721-1806
4  Telephone:  (559) 498-0800

5

6  Marc N. Kapetan, #158322

7  Attorneys for:    JOHN AIRHEART

8

9                **IN THE UNITED STATES DISTRICT COURT**

10               **FOR THE EASTERN DISTRICT OF CALIFORNIA**

11

12  UNITED STATES OF AMERICA,              Case No.  CR-F-06-0371 AWI

13          Plaintiffs,

14      v.                                 STIPULATION AND ORDER RE:
                                           CONTINUANCE OF STATUS
                                           CONFERENCE
15  JOHN AIRHEART

16                                                                          .

17          Defendant.

18  _____

19          IT IS HEREBY STIPULATED by and between Defendant, JOHN AIRHEART, by and

20  through his Attorney of Record, MARC N. KAPETAN, and SHERRILL CARVAHLO,

21  Assistant United States Attorney, that the Status Conference in this matter be continued as set

22  forth below:

23

24          **Currently Set Status Conference: - - - - - - - - - - - March 19, 2007, at 9:00 a.m.**

25          **Requested Date for New Status Conference: - - -  March 26, 2007, at 9:00 a.m.**

26          This continuance is requested by counsel for Defendant, JOHN AIRHEART.  The

27  parties agree that the delay resulting from the continuance shall be excluded in the interests of

28  justice herein for effective defense preparation, plea negotiations, and the filing of motions,

pursuant to 18 U.S.C. §§3161(h) (8) (A) and 3161(h) (8) (iv).

1

2          Counsel for Defendant has spoken with Assistant U.S. Attorney, Sherrill Carvahlo,

3    who concurs in the request for this continuance.  The agreed upon date for a new Status

4
     Conference is March 26, 2007, at the hour of 9:00.
5

6
     DATED:  March 15, 2007                Respectfully submitted,
7
                                           KAPETAN BROTHERS
8

9

10                                         By:  /s/ Marc N. Kapetan
11                                               Marc N. Kapetan,
                                                 Attorney for Defendant, JOHN AIRHEART
12

13

14   DATED:  March 15, 2007.              By: /s/ Sherrill Carvalho
                                              Sherrill Carvalho
15                                            Assistant U.S. Attorney

16                                                                                      .

17

18                                       **ORDER**

19

20   IT IS SO ORDERED.

21   **Dated:    March 23, 2007              /s/ Anthony W. Ishii**
22   9h0d30                                  UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28